UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO.: 1:16-cv-00104-GNS
*ELECTRONICALLY FILED*

| | |
|---|---|
| Jackie Taylor, as Administratrix of the Estate of Reba Diemer, deceased | PLAINTIFF |
| v. | |
| Diversicare of Glasgow, LLC, d/b/a Diversicare of Glasgow Diversicare Holding Company, LLC Diversicare Glasgow Property, LLC Diversicare Property Co., LLC Diversicare Management Services Co., Diversicare Leasing Corp., Diversicare Healthcare Services, Inc. and John Does 1 through 5, Unknown Defendants | DEFENDANTS |

## AGREED ORDER OF DISMISSAL

Jackie Taylor, as Administratrix of the Estate of Reba Diemer, deceased, by counsel, and Defendants Diversicare of Glasgow, LLC, d/b/a Diversicare of Glasgow; Diversicare Holding Company, LLC; Diversicare Glasgow Property, LLC; Diversicare Property Co., LLC; Diversicare Management Services Co.; Diversicare Leasing Corp.; and Diversicare Healthcare Services, Inc., by counsel, having agreed to settle all claims in connection with this matter and settlement having occurred;

IT IS HEREBY ORDERED that this case and all claims against the Defendants may be and the same are hereby DISMISSED WITH PREJUDICE, all matters in controversy and all claims among all the parties having been settled, with each party bearing their own costs and attorneys' fees. The Judge being satisfied that there is no just reason for delay, this is a final and appealable Order.

Greg N. Stivers, Judge
United States District Court

January 5, 2018